*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QC MANUFACTURING, INC., | CASE NO.: CV 10-6153-GW(OPx) |
| *Plaintiff,* | **ORDER DISMISSING ENTIRE CASE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)** |
| vs. | |
| AIRSCAPE, INC., et al., | |
| *Defendants.* | |

1

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that this action, including the Complaint and all Counterclaims, be Dismissed With Prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees and costs. The court retains jurisdiction to make any further orders that may be necessary to carry out the terms and spirit of the Settlement Agreement, or to enforce it.

DATED: November 1, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE